# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-8126 SGL (FFM) | Date | February 20, 2009 |
|---|---|---|---|
| Title | JEROME B. DAYOT  v. DERRAL ADAMS, WARDEN | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE

On December 10, 2008, petitioner Jerome B. Dayot filed with this Court a Petition for Writ of Habeas Corpus. On December 30, 2008, this Court dismissed the petition on the ground that petitioner failed to sign his petition and granted petitioner up to January 29, 2009 to file an amended petition. As of today's date, the Court has not received the First Amended Petition.

Petitioner is ordered to show cause within twenty (20) days of the date of this order why this action should not be dismissed for his failure to prosecute.

Failure to file a timely response to this order will be deemed consent to the dismissal of this action.

                                                                  :
                                            Initials of Preparer         JM