# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME B. DAYOT,<br><br>        Petitioner,<br><br>     v.<br><br>DERRAL ADAMS, Warden,<br><br>        Respondent. | Case No. CV 08-8126-JFW (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: July 19, 2011

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE